**FILED**
**OCT 2 8 2009**

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

**MARK REED,**
      **Plaintiff,**

         v.

**MICHAEL ASTRUE,**
**Commissioner of Social Security,**
      **Defendant.**

CV 09-6024-BR

**ORDER**

---

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $1158.10 are awarded to Plaintiff and shall be paid directly to Plaintiff's Attorney, Robyn M. Rebers, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. There are no costs or expenses to be paid herein.

DATED this 28 day of October, 2009.

                                         /s/ Anna J. Brown
                                 UNITED STATES DISTRICT JUDGE

presented by:
Robyn M. Rebers, OSB # 03430
Attorney for Plaintiff